UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CONLAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>QUAY,<br><br>　　　　　Respondent. | No. 2:17-cv-1466-KJM-EFB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2018, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations and a motion to amend the petition.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 14, 2018, are adopted in full;

2. This case is dismissed for lack of jurisdiction;

3. The pending motions (ECF Nos. 7, 9, 12[1]) are terminated;

4. The Clerk is directed to close the case; and

3. The court declines to issue a certificate of appealability.

DATED: March 30, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] After the March 14, 2018 findings and recommendations issued, petitioner filed a motion to amend the petition. ECF No. 12. Because the court lacks jurisdiction over this action for the reasons stated in the findings and recommendations, the motion to amend is terminated as well.

2